| | |
|---|---|
| 1 | William L. Schmidt, SBN 206870 |
| 2 | Attorney at Law |
| 3 | 377 W. Fallbrook Avenue, Suite 207 |
| 4 | Fresno, CA 93711 |
| 5 | Telephone: 559.261.2222 |
| 6 | Facsimile: 559.436.8163 |
| 7 | Email: bschmidt@ncinternet.net |
| 8 | Attorney for Petitioner |

**FILED**
JAN 20 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

HAROLD TAYLOR                          )   2:09-cv-00024-JAM-KJM
                                       )
              Plaintiff,               )   [PROPOSED] ORDER GRANTING
                                       )   MOTION TO WITHDRAW AS
       vs.                             )   COUNSEL FOR PLAINTIFF
                                       )   HAROLD TAYLOR
STATE OF CALIFORNIA,                   )
DEPARTMENT OF CORRECTIONS;             )   Date: January 26, 2011
BENJAMIN LEE, M.D.; PARAMBIR           )   Time: 9:30 a.m.
SAHOTA, M.D.; AND DOES 1               )   Dept: Court Room: 6
through 20, inclusive.                 )   Trial Date: December 5, 2011
                                       )   Discovery Cut-Off: June 30, 2011
              Defendant.               )   Motion Cut-Off: August 10, 2011
                                       )   Compl. Filed: January 2, 2009
                                           Honorable: John A. Mendez

[PROPOSED] ORDER
GRANTING MOTION TO
WITHDRAW AS COUNSEL

## ORDER

WHEREAS William L. Schmidt, Attorney at Law, counsel for Plaintiff Harold Taylor filed a Motion to Withdraw as Counsel on November 24, 2010; and

WHEREAS William L. Schmidt has demonstrated good cause warranting his withdrawal as counsel for Plaintiff;

THEREFORE, IT IS ORDERED that the Motion to Withdraw as Counsel is GRANTED.

DATED: 1-20-2011

_____
Honorable John A. Mendez

[PROPOSED] ORDER
GRANTING MOTION TO
WITHDRAW AS COUNSEL